LEO P. CUNNINGHAM, Cal. Bar No. 121605
lcunningham@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

CHARLENE KOSKI, Wash. Bar No. 43178
Email: ckoski@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

Attorneys for Defendant
Toby G. Scammell

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **2:13-cr-0733** |
| Plaintiff, | **NOTICE OF DEFENDANT TOBY G. SCAMMELL'S MOTION TO DISMISS INDICTMENT** |
| v. | |
| TOBY SCAMMELL, | **Date: Monday, April 14, 2014** |
| Defendant. | **Time: 10:00 a.m.** |
| | **Judge: Hon. S. James Otero** |
| | **Room: 1-Second Floor** |

1               TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE

2  TAKE NOTICE that on April 14, 2014 at 10 a.m., before the Honorable S. James

3  Otero, located at Courtroom 1, 312 N. Spring Street, Second Floor, Los Angeles,

4  California 90012, defendant Toby G. Scammell will and hereby does move for an

5  order dismissing the criminal indictment returned against him in this matter on

6  October 8, 2013.  The indictment should be dismissed for the following reasons:

7  (1) it fails to adequately allege a fiduciary relationship existed between Mr.

8  Scammell and his girlfriend; (2) the prosecutor incorrectly instructed the grand jury

9  on the nature of duty required; (3) the anti-fraud statutes charged would be

10  unconstitutional if extended to the merely romantic relationship the indictment

11  alleges; (4) it improperly relies on an allegation that information that is immaterial

12  as a matter of law was material; (5) it is insufficiently specific; and (6) it was

13  brought in retaliation for Mr. Scammell's constitutionally protected criticism of the

14  government.  This motion is supported by this Notice, Memorandum of Points and

15  Authorities in Support of the Motion, and the Declaration of Leo P. Cunningham

16  and accompanying exhibits.  This motion is made following the conference of

17  counsel pursuant to L.R. 7-3, which took place on December 30, 2013 and

18  February 13, 2014.

19

20

21  Dated:  March 17, 2014        By:  /s/ Leo P. Cunningham

22                             Leo P. Cunningham

23                             Charlene Koski

24                             Attorneys for Defendant

25                             Toby G. Scammell

26

27

28