LEO P. CUNNINGHAM, State Bar No. 121605
lcunningham@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Toby G. Scammell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-cr-0733 |
| Plaintiff, | **DEFENDANT'S UNOPPOSED REQUEST THAT THE CLERK'S OFFICE BE NOTIFIED THAT DEFENDANT HAS SATISFIED HIS RESTITUTION OBLIGATION AND ATTACHED PROPOSED ORDER** |
| v. | |
| TOBY G. SCAMMELL, | |
| Defendant. | |
| | **[NO HEARING REQUIRED]** |

1      Defendant Toby G. Scammell, by and through his counsel, and at the

2 suggestion of the United States Probation Office for the Central District of

3 California, hereby requests that the Court inform the Clerk's Office that the

4 restitution obligation of Mr. Scammell has been satisfied and the records of the

5 Clerk's Office should so reflect. The United States Attorney's Office does not

6 oppose this request.

7

8                              **BASES FOR REQUEST**

9     1.     On August 7, 2014, the Court sentenced Mr. Scammell to a three-

10 month term of imprisonment to be followed by a four-year term of supervised

11 release and ordered, *inter alia*, that Mr. Scammell pay restitution in the amount of

12 $122,494.05. Dkt. No. 82.

13     2.     The Plea Agreement filed on April 16, 2014, pursuant to which Mr.

14 Scammell pled guilty approximately four months before his sentencing, provided

15 in relevant part that:

16           "The parties currently believe that the applicable amount of

17           restitution is no greater than $192,497. The parties further

18           agree, however, that any payments made by defendant in

19           satisfaction of the March 17, 2014 final judgment in the parallel

20           civil matter <u>SEC v. Toby Scammell</u>, 11-cv-06597-DSF-MRW,

21           which requires defendant to pay disgorgement of $192,497,

22           representing profits gained from the offense conduct in this case

23           . . . shall be credited toward reduction of defendant's restitution

24           obligation in case. The parties agree that it will be defendant's

25           obligation to provide notice to the Financial Litigation Unit of

26           the United States Attorney's Office for the Central District of

27           California in the form of a copy of the check or wire transfer

28

1   receipt, with reference to the case number in this criminal case,

2   to receive credit against his restitution obligation."

3   Dkt. No. 63 at ¶ 7.  The plea agreement also required Mr. Scammell to "[m]ake

4   restitution at or before the time of sentencing."  *Id.* at ¶ 2(h).

5       3.    In satisfaction of  paragraphs 7 and 2(h) of the Plea Agreement, on

6   August 4, 2014 (three days before sentencing), Mr. Scammell filed with the

7   Clerk's Office a Notice of Payment reflecting that he had paid to the Securities and

8   Exchange Commission $192,497 on July 31, 2014.  Dkt. No. 78.

9       4.    On August 7, 2014, Judgment was imposed and Mr. Scammell was

10   ordered to pay restitution in the amount of $122,494.05, Dkt. No. 82 at 1, which

11   was approximately $70,002.05 less than the $192, 497 Mr. Scammell had already

12   paid, given notice of, and was entitled to be credited toward restitution pursuant to

13   the terms of the Plea Agreement.

14       5.    Thereafter, and at various times, Probation Officer Brandon Schneider

15   attempted to confirm with the Clerk's Office and the United States Attorney's

16   Office that the restitution obligation has been satisfied in this case.  It was

17   suggested by the United States Attorney's Office to the Probation Office, who

18   relayed the request to the undersigned counsel for Mr. Scammell, that the best

19   means to clarify this issue was by a motion such as this one, which the United

20   States Attorney's Office would not oppose.

21       6.    On approximately March 13, 2017,  Assistant United States Attorney

22   Stephen Cazares and United States Probation Officer Brandon Schneider were

23   provided a draft of this motion and informed of the content of the proposed order

24   (which is as stated in the conclusion below), and each indicated his respective

25   office had no opposition to the granting of the request.

26

27   / / /

28   DEFENDANT'S UNOPPOSED REQUEST THAT THE      -2-
CLERK'S OFFICE BE NOTIFIED THAT DEFENDANT
HAS SATISFIED HIS RESTITUTION OBLIGATION
CASE NO.: 2:13-CR-0733

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONCLUSION**

For the foregoing reasons, and based on the entire record in this case, it should be ordered that the defendant in this case has satisfied his restitution obligation and the records of the Clerk's Office should so reflect.


Dated:  March 27, 2017                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By:  /s/ Leo P. Cunningham
                                              Leo P. Cunningham

                                          Attorneys for Defendant
                                          Toby G. Scammell